**Shannon Armstrong**, OSB No. 060113
shannon.armstrong@hklaw.com
**Annie Banks**, OSB No. 211947
annie.banks@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Portland, OR 97204
Telephone:  503.243.2300
Fax:  503.241.8014

Attorneys for Third-Party Defendants
Kimberly Johnson &
R and K Vancouver Investments, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REZA MOTAMENI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA ADAMS, an individual formerly known as Melissa Motameni,<br><br>    Defendant.<br><br>and<br><br>MOTO-BIZ, INC., an Oregon corporation,<br><br>    Nominal Defendant | Case No. 3:21-cv-01184-HZ<br><br>**THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |

Page 1 –    THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION
            TO EXTEND DEADLINE TO RESPOND

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97203
Telephone:  503.243.2300

| |
|---|
| MELISSA ADAMS, individually and derivatively on behalf of MOTO-BIZ, INC., and Oregon corporation, MOJO BIZ, LLC, an Oregon limited liability company, NOOR, LLC, an Oregon limited liability company, and LUCKY STRIKE NW, LLC, and Oregon limited liability company<br><br>        Counterclaimants and<br>        Third-Party Plaintiffs,<br><br>v.<br><br>RAY MOTAMENI, an individual, KIMBERLY JOHNSON, an individual, and R AND K VANCOUVER INVESTMENTS, LLC, an Oregon limited liability company,<br><br>        Counterclaim Defendants and<br>        Third-Party Defendants. |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to LR 7-1, counsel for Third-Party Defendants Kimberly Johnson and R and K Vancouver Investments, LLC certify that they conferred with Third-Party Plaintiff's counsel, and Third-Party Plaintiff does not oppose this motion.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Third-Party Defendants Kimberly Johnson and R and K Vancouver Investments, LLC (collectively, "Third-Party Defendants") move the court for an order extending the deadline to April 27, 2022 for Third-Party Defendants to respond to Defendant/Third-Party Plaintiff Melissa Adams's ("Third-Party Plaintiff") Answer, Affirmative Defenses, Counterclaims to Plaintiff's Second Amended Complaint, and Third-Party Complaint. (Dkt No. 32, the "Third-Party Complaint").

Page 2 –    THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION
            TO EXTEND DEADLINE TO RESPOND

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97203
Telephone: 503.243.2300

Third-Party Plaintiff filed her Third-Party Complaint, first naming the Third-Party Defendants as parties in this action, on March 8, 2022. (Dkt. No. 32). Third-Party Defendants' response to Third-Party Plaintiff's Answer is currently due on April 11, 2022. (*See* Dkt. No. 39). Due to Third-Party Defendants only recently having obtained counsel, Third-Party Defendants respectfully ask the Court to extend that deadline to April 27, 2022. This is Third-Party Defendants' first motion for an extension of time. Third-Party Defendants seek this extension to give them sufficient time to address the factual and legal issues presented by Third-Party Plaintiff's Complaint, and the requested extension will not unreasonably delay this case.

Third-Party Plaintiff's counsel indicates that she does not oppose an extension of time.

## CONCLUSION

For the aforementioned reasons, Third-Party Defendants respectfully request an extension to April 27, 2022 to file their response to Third-Party Plaintiff's Complaint.

Dated: April 11, 2022

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        By: *s/ Shannon Armstrong*
            Shannon Armstrong
            shannon.armstrong@hklaw.com
            Annie Banks
            annie.banks@hklaw.com
        **HOLLAND & KNIGHT LLP**
        601 SW Second Avenue
        Portland, OR 97204
        Telephone: 503.243.2300
        Fax: 503.241.8014

        *Attorneys for Third-Party Defendants Kimberly Johnson & R and K Vancouver Investments, LLC*

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND to be served on the following person[s]:

Nicholas Henderson   nhenderson@portlaw.com

Kristen Price   pricek@lanepowell.com; docketing@lanepowell.com; pinkleyl@lanepowell.com

Janet Larsen   larsenj@lanepowell.com; docketing-pdx@lanepowell.com; smithc@lanepowell.com

by the following indicated method or methods:

☑  by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐  by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐  by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐  by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐  by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED April 11, 2022.

*s/ Shannon Armstrong*
Shannon Armstrong

Page 1 -   CERTIFICATE OF SERVICE