Janet K. Larsen, OSB No. 950279
larsenj@lanepowell.com
Mohammed N. Workicho, OSB No. 186140
workichom@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REZA MOTAMENI, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MELISSA ADAMS, an individual formerly known as Melissa Motameni,<br><br>　　　　　　　　　　Defendant,<br>and<br><br>MOTO-BIZ, INC., an Oregon corporation,<br><br>　　　　　　　　　　Nominal Defendant. | Case No. 3:21-cv-01184-HZ<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PAGE 1 –   NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/8954079.1

MELISSA ADAMS, individually and derivatively on behalf of MOTO-BIZ, INC., an Oregon corporation, MOJO-BIZ, LLC, an Oregon limited liability company, NOOR, LLC, an Oregon limited liability company, and LUCKY STRIKE, LLC, an Oregon limited liability company,

        Counterclaimants and Third-Party Plaintiffs,

v.

RAY MOTAMENI, an individual, KIMBERLY JOHNSON, an individual, and R AND K VANCOUVER INVESTMENTS, LLC, an Oregon limited liability company,

        Counterclaim Defendants and Third-Party Defendants.

Please take notice that Kristen L. Price hereby withdraws as counsel for Defendant, Counterclaimants and Third-Party Plaintiffs and Mohammed N. Workicho hereby appears in her place and stead. Janet K. Larsen remains as lead counsel.

DATED: May 10, 2022

        LANE POWELL PC

        By: /s/ Mohammed N. Workicho
            Janet K. Larsen, OSB No. 950279
            Mohammed N. Workicho, OSB No. 186140
            Telephone: 503.778.2100

Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

PAGE 2 – NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/8954079.1