Janet K. Larsen, OSB No. 950279
larsenj@lanepowell.com
Mohammed N. Workicho, OSB No. 186140
workichom@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REZA MOTAMENI, an individual,<br><br>                              Plaintiff,<br><br>     v.<br><br>MELISSA ADAMS, an individual formerly known as Melissa Motameni,<br><br>                              Defendant,<br>and<br><br>MOTO-BIZ, INC., an Oregon corporation,<br><br>                              Nominal Defendant. | Case No. 3:21-cv-01184-HZ<br><br>**STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |

PAGE 1 –   STIPULATED MOTION TO EXTEND SCHEDULING
           ORDER DEADLINES

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9015173.2

MELISSA ADAMS, individually and derivatively on behalf of MOTO-BIZ, INC., an Oregon corporation, MOJO-BIZ, LLC, an Oregon limited liability company, NOOR, LLC, an Oregon limited liability company, and LUCKY STRIKE, LLC, an Oregon limited liability company,

      Counterclaimants and
      Third-Party Plaintiffs,

  v.

RAY MOTAMENI, an individual, KIMBERLY JOHNSON, an individual, and R AND K VANCOUVER INVESTMENTS, LLC, an Oregon limited liability company,

      Counterclaim Defendants and
       Third-Party Defendants.

## I. LR 7-1(a) CERTIFICATION

Counsel for defendant, counterclaimants and third-party plaintiffs Melissa Adams, individually and derivatively on behalf of Moto-Biz, Inc., Mojo Biz, LLC, Noor LLC, and Lucky Strike, LLC (collectively "Adams") certifies that before filing this unopposed motion she conferred in good faith with Plaintiff/third party defendant Reza Motameni ("Motameni") and third-party defendants Kimberly Johnson and R and K Vancouver Investments, LLC (collectively, "Third Party Defendants") regarding the issues raised in this motion. Motameni and Third-Party Defendants stipulate to this motion.

## II. MOTION

Pursuant to Fed. R. Civ. P. 16 and LR 16-3(a), the parties move the Court for an order extending the discovery and pretrial deadlines set in this case. (ECF No. 29).

This matter was filed on April 20, 2021, in the Circuit Court for the State of Oregon in the County of Multnomah, and removed to the United States District Court for the District of Oregon, Portland Division on August 11, 2021. The Court issued a case scheduling order based on the parties' Rule 16 Conference with the Court dated February 1, 2022. (ECF No. 29). Thereafter,

PAGE 2 – STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9015173.2

pleading motions were resolved and the First Amended Complaint filed. On or about or about March 8, 2022, Adams filed her First Amended Answer, Affirmative Defenses, Counterclaims (First Amended Answer/Counterclaims). Motameni and Third Party Defendants filed motions to dismiss and/or strike Adams' First Amended Answer/Counterclaims on April 19, 2022 and April 27, 2022, respectively. Those motions are fully briefed and pending before the Court.

Good cause exists to extend the deadlines set by the Court on February 1, 2022 because additional parties were added after those dates were established, pleading motions involving claims against Motameni and Third Party Defendants are pending, and, thus, additional time is warranted to allow the parties to further determine and frame the issues in dispute so they can proceed with discovery and preparations for a trial.

The parties therefore request an extension of the following deadlines and, propose the tentative schedule below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline to Complete Discovery | June 30, 2022 | December 30, 2022 |
| Deadline to File Dispositive Motions | July 29, 2022 | March 1, 2023 |
| Oral Argument on Dispositive Motions | October 4, 2022 | May 2, 2023 |
| ADR Report Deadline | 30 days after the Court rules on dispositive motions | 30 days after the Court rules on dispositive motions |
| Initial Expert Disclosure Deadline | Deferred until after ruling on dispositive motions | Deferred until after ruling on dispositive motions |
| Pretrial Order | 30 days following a ruling on dispositive motions | Deferred until after ruling on dispositive motions |

PAGE 3 –   STIPULATED MOTION TO EXTEND SCHEDULING
           ORDER DEADLINES

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9015173.2

This motion is not intended for the purpose of delay and no party will be prejudiced by the granting of this motion as no trial date is set, and the parties stipulate to the above proposed schedule.

DATED:  June 27, 2022

          LANE POWELL PC

          By:  /s/ Janet K. Larsen
              Janet K. Larsen, OSB No. 950279
              Mohammed N. Workicho, OSB No. 186140
              Telephone:  503.778.2100
          Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

DATED:  June 27, 2022

          MOTSCHENBACHER & BLATTNER LLP

          By:  /s/ Nicholas J. Henderson
              Nicholas J. Henderson, OSB No. 074027
              Telephone:  503.417.0508
          Attorneys for Plaintiff

DATED:  June 27, 2022

          HOLLAND & KNIGHT LLP

          By:  /s/ Annie Banks
              Shannon Armstrong, OSB No. 060113
              Annie Banks, OSB No. 211947
          Attorneys for Third-Party Defendants Kimberly Johnson, and R and K Vancouver Investments, LLC

PAGE 4 –  STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9015173.2