Janet K. Larsen, OSB No. 950279
larsenj@lanepowell.com
Brian T. Kiolbasa, OSB No. 112890
kiolbasab@lanepowell.com
Mohammed N. Workicho, OSB No. 186140
workichom@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant, Counterclaimants and
Third-Party Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REZA MOTAMENI, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>MELISSA ADAMS, an individual formerly known as Melissa Motameni,<br><br>                    Defendant,<br>and<br><br>MOTO-BIZ, INC., an Oregon corporation,<br><br>                  Nominal Defendant. | Case No. 3:21-cv-01184-HZ<br><br>**NOTICE OF APPEARANCE OF BRIAN T. KIOLBASA** |

PAGE 1 – NOTICE OF APPEARANCE OF BRIAN T. KIOLBASA

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

719105.0001/9147283.1

MELISSA ADAMS, individually and derivatively on behalf of MOTO-BIZ, INC., an Oregon corporation, MOJO-BIZ, LLC, an Oregon limited liability company, NOOR, LLC, an Oregon limited liability company, and LUCKY STRIKE, LLC, an Oregon limited liability company,

        Counterclaimants and
        Third-Party Plaintiffs,

v.

RAY MOTAMENI, an individual, KIMBERLY JOHNSON, an individual, and R AND K VANCOUVER INVESTMENTS, LLC, an Oregon limited liability company,

        Counterclaim Defendants and
        Third-Party Defendants.

Please take notice that Brian T. Kiolbasa hereby joins Janet K. Larsen and Mohammed N. Workicho as counsel for Defendant/Counterclaimants Melissa Adams and Moto-Biz, Inc. and Third-Party Plaintiffs Mojo-Biz, LLC; Noor, LLC; and Lucky Strike, LLC. Janet K. Larsen remains as lead counsel. The address for service of all future correspondence, documents, and court notices is as follows:

    Janet K. Larsen
    Brian T. Kiolbasa
    Mohammed N. Workicho
    LANE POWELL PC
    601 S.W. Second Avenue, Suite 2100
    Portland, Oregon 97204
    Telephone: 503.778.2100
    Facsimile: 503.778.2200
    Email: larsenj@lanepowell.com
           kiolbasab@lanepowell.com
           workichom@lanepowell.com

PAGE 2 – NOTICE OF APPEARANCE OF BRIAN T. KIOLBASA

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

719105.0001/9147283.1

DATED: October 4, 2022

        LANE POWELL PC


        By: s/ Brian T. Kiolbasa
            Janet K. Larsen, OSB No. 950279
            Brian T. Kiolbasa, OSB No. 112890
            Mohammed N. Workicho, OSB No. 186140
            Telephone: 503.778.2100
        Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

PAGE 3 – NOTICE OF APPEARANCE OF BRIAN T. KIOLBASA

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

719105.0001/9147283.1