Janet K. Larsen, OSB No. 950279
larsenj@lanepowell.com
Brian T. Kiolbasa, OSB No. 112890
kiolbasab@lanepowell.com
Mohammed N. Workicho, OSB No. 186140
workichom@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REZA MOTAMENI, an individual,<br><br>                  Plaintiff,<br><br>   v.<br><br>MELISSA ADAMS, an individual formerly known as Melissa Motameni,<br><br>                  Defendant,<br><br>and<br><br>MOTO-BIZ, INC., an Oregon corporation,<br><br>                  Nominal Defendant. | Case No. 3:21-cv-01184-HZ<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

PAGE 1 –   STIPULATED MOTION TO EXTEND DISCOVERY AND
             PRETRIAL DEADLINES

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9194505.2

MELISSA ADAMS, individually and derivatively on behalf of MOTO-BIZ, INC., an Oregon corporation, MOJO-BIZ, LLC, an Oregon limited liability company, NOOR, LLC, an Oregon limited liability company, and LUCKY STRIKE, LLC, an Oregon limited liability company,

        Counterclaimants and
        Third-Party Plaintiffs,

    v.

RAY MOTAMENI, an individual, KIMBERLY JOHNSON, an individual, and R AND K VANCOUVER INVESTMENTS, LLC, an Oregon limited liability company,

        Counterclaim Defendants and
        Third-Party Defendants.

## I. LR 7-1(a) CERTIFICATION

Counsel for defendant, counterclaimants and third-party plaintiffs Melissa Adams, individually and derivatively on behalf of Moto-Biz, Inc., Mojo Biz, LLC, Noor LLC, and Lucky Strike, LLC (collectively "Adams") certifies that before filing this unopposed motion she conferred in good faith with plaintiff/third party defendant Reza Motameni ("Motameni") and third-party defendants Kimberly Johnson and R and K Vancouver Investments, LLC (collectively, "Third Party Defendants") regarding the issues raised in this motion. All parties stipulate to the relief sought herein.

## II. MOTION

Pursuant to Fed. R. Civ. P. 16 and LR 16-3(a), the parties move the Court for an order extending the discovery and pretrial deadlines previously set in this case. (*See* ECF No. 61).

This matter was filed on April 20, 2021, in Multnomah County Circuit Court and was removed to this Court on August 11, 2021. Following a telephone conference with the parties on September 8, 2022, the Court issued a Minute Order on September 8, 2022, setting the current case schedule. (ECF No. 61.)

PAGE 2 – STIPULATED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9194505.2

Good cause exists to extend the deadlines set by the Court on September 8, 2022. Since the Court's last scheduling order, Third Party Defendants answered Adams' Third Party Complaint (ECF No. 63, September 23, 2022), as did Motameni (ECF No. 66, October 3, 2022).

Additionally, the parties have diligently pursued discovery and have taken other steps to advance their claims. However, these efforts have not been without complications. For instance, as the Court may recall, the Court held a telephone conference on September 29, 2022, to discuss various discovery disputes existing among the parties. (ECF No. 65.)

While the Court's guidance provided assistance to the parties, the same disputes are still being addressed and other, new disputes have arisen. Based on recent conferrals, it appears likely that additional guidance from the Court will be necessary before discovery will be complete. Furthermore, the parties' depositions have not yet occurred and scheduling during the final weeks of the year is challenging given the holidays, the parties' schedules, and counsel obligations. Although the parties have discussed deposition dates and protocol, the parties seek to have the depositions occur in the new year based on those discussions.

The parties therefore request an extension of the following deadlines and propose the tentative schedule below, subject to the Court's availability and approval:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline to Complete Discovery | December 30, 2022 | April 28, 2023 |
| Deadline to File Dispositive Motions | March 1, 2023 | June 30, 2023 |
| Oral Argument on Dispositive Motions | May 15, 2023 | September 1, 2023 |
| ADR Report Deadline | 30 days after the Court rules on dispositive motions | 30 days after the Court rules on dispositive motions |
| Initial Expert Disclosure Deadline | Deferred until after ruling on dispositive motions | Deferred until after ruling on dispositive motions |

PAGE 3 – STIPULATED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9194505.2

| Event | Current Deadline | New Deadline |
|---|---|---|
| Pretrial Order | 30 days following a ruling on dispositive motions | Deferred until after ruling on dispositive motions |
| Trial (5-7 days) | September 11, 2023 | November 2023 or Early 2024, per the Court's availability |

This motion is not intended for the purpose of delay and no party will be prejudiced by the granting of this motion, and the parties stipulate to the above proposed schedule.

DATED: December 8, 2022

        LANE POWELL PC

        By: /s/ Janet K. Larsen
            Janet K. Larsen, OSB No. 950279
            Brian T. Kiolbasa, OSB No. 112890
            Mohammed N. Workicho, OSB No. 186140
            Telephone: 503.778.2100
        Attorneys for Defendant, Counterclaimants and Third-Party Plaintiffs

DATED: December 8, 2022

        MOTSCHENBACHER & BLATTNER LLP

        By: /s/ Nicholas J. Henderson
            Nicholas J. Henderson, OSB No. 074027
            Telephone: 503.417.0508
        Attorneys for Plaintiff/Counterclaim Defendant

DATED: December 8, 2022

        HOLLAND & KNIGHT LLP

        By: /s/ Annie Banks
            Annie Banks, OSB No. 211947
            Shannon Armstrong, OSB No. 060113
            Telephone: 503.517.2926
        Attorneys for Third-Party Defendants Kimberly Johnson and R and K Vancouver Investments, LLC

PAGE 4 – STIPULATED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719105.0001/9194505.2